B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Biolitec Medical Devices, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-2113464** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**515 Shaker Road**<br>**East Longmeadow, MA**<br>ZIP Code **01028** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hampden** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Biolitec Medical Devices, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Biolitec Medical Devices, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ David M. Klauder**
Signature of Attorney for Debtor(s)

**David M. Klauder 5769**
Printed Name of Attorney for Debtor(s)

**O'Kelly Ernst & Bielli, LLC**
Firm Name

**901 N. Market Street**
**Suite 1000**
**Wilmington, DE 19801**

Address

                              **Email: dklauder@oeblegal.com**
**302-778-4000  Fax: 302-259-2873**
Telephone Number

**April 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Damian Flange**
Signature of Authorized Individual

**Damian Flange**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**April 17, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Biolitec Medical Devices, Inc.**                                   , Case No. _____
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Biolitec Holdings U.S., Inc.**<br>**District of Delaware** | **Affiliate** | |
| **Biolitec U.S., Inc.**<br>**District of Delaware** | **Affiliate** | |
| **CeramOptec Industries, Inc.**<br>**District of Delaware** | **Affiliate** | |

# United States Bankruptcy Court
## District of Delaware

In re  **Biolitec Medical Devices, Inc.**　　　　　　　　　　　　　　　　Case No.  
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 17, 2015**　　　　　　　**/s/ Damian Flange**  
　　　　　　　　　　　　　　　　　　　**Damian Flange**/**Chief Executive Officer**  
　　　　　　　　　　　　　　　　　　　Signer/Title

| | | |
|---|---|---|
| BIOLITEC MEDICAL DEVICES, INC.<br>515 SHAKER ROAD<br>EAST LONGMEADOW, MA 01028 | CERAMOPTEC SIA<br>SKANSTES 7K-1<br>RIGA 1031<br>LATVIA | PROFESSIONAL CONTRACT STERIN<br>40 MYLES STANDISH BOULEVARD<br>TAUNTON, MA 02780-1026 |
| DAVID M. KLAUDER<br>O'KELLY ERNST & BIELLI, LLC<br>901 N. MARKET STREET<br>SUITE 1000<br>WILMINGTON, DE 19801 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BOULEVARD<br>SUITE 100<br>DOVER, DE 19904 | SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 |
| ALLIED ELECTRONICS, INC.<br>7151 JACK NEWELL BLVD. SOUTH<br>FORT WORTH, TX 76118 | GENTEC ELECTRO - OPTICS DIVISION<br>445 ST. JEAN BAPTISTE<br>SUITE 160<br>QUEBEC<br>CANADA G2E5N7 | SECURITIES & EXCHANGE COMM<br>100 F. STREET, NE<br>WASHINGTON, DC 20549 |
| BEACON CONVERTERS, INC.<br>PO BOX 8208<br>ANDREA BOULEVARD<br>SADDLE BROOK, NJ 07663 | HARDWARE SPECIALTY COMPANY<br>48-75 36TH STREET<br>LONG ISLAND CITY, NY 11101 | ZEUS INDUSTRIAL PRODUCTS, I<br>134 CHUBB WAY<br>PO BOX 298<br>SOMERVILLE, NJ 08876 |
| BIOLITEC FZ LLC<br>B/P 49, UNIT 307<br>PO BOX 505072B<br>DUBAI<br>HEALTH CARE CITY DUBAI | HEALTH CANADA<br>ACCOUNTS RECEIVABLE<br>P/L 3203B - L/P 3203B<br>OTTOWA<br>CANADO K1A0K9 | |
| BIOLITEC MEDICAL DEVICES<br>515 SHAKER ROAD<br>EAST LONGMEADOW, MA 01028 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: BANKRUPTCY SECTION<br>PO BOX 774<br>SPRINGFIELD, NJ 07081-0744 | |
| BIOLITEC UB II AG<br>UNTERE VIADUKTGASSE 6/9<br>VIENNA<br>1030 AUSTRIA | LEITNERLEITNER, AUDITOR<br>AM HEUMARKT 7<br>A-1030 WEIN<br>AUSTRIA | |
| BIOLITEC, INC.<br>515 SHAKER ROAD<br>EAST LONGMEADOW, MA 01028 | MC MASTER CARR<br>PO BOX 7690<br>CHICAGO, IL 60680 | |
| CERAMOPTEC GMBH<br>SIEMENSSTRASSEE 44<br>BON<br>23121 NW GERMANY | NAMSA<br>PO BOX 710970<br>CINCINNATI, OH 45271-0970 | |
| CERAMOPTEC INDUSTRIES<br>515 SHAKER ROAD<br>EAST LONGMEADOW, MA 01028 | NYE LUBRICANTS, INC.<br>12 HOWLAND BOULEVARD<br>FAIRHAVEN, MA 02719 | |

# United States Bankruptcy Court
## District of Delaware

In re   **Biolitec Medical Devices, Inc.**                                         Case No.
                                                Debtor(s)                          Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Biolitec Medical Devices, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Biolitec Holding U.S., Inc.**
**515 Shaker Road**
**East Longmeadow, MA 01028**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 17, 2015** | **/s/ David M. Klauder** |
| Date | **David M. Klauder** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Biolitec Medical Devices, Inc.** |
| | **O'Kelly Ernst & Bielli, LLC** |
| | **901 N. Market Street** |
| | **Suite 1000** |
| | **Wilmington, DE 19801** |
| | **302-778-4000 Fax:302-259-2873** |
| | **dklauder@oeblegal.com** |

# ACTION BY WRITTEN CONSENT BY THE BOARD OF DIRECTORS OF BIOLITEC MEDICAL DEVICES, INC.

## April 17, 2015

Pursuant to the authority contained in the Delaware General Corporation Law and the Company's By-Laws, the undersigned, being members of the Board of the Directors (the "Board") of Biolitec Medical Devices, Inc. (the "Company"), a Delaware corporation, and such undersigned members constituting a majority of the Board and a quorum, by their signatures affixed hereto, do hereby consent to, adopt, and ratify the following resolutions, in writing, without a meeting, and direct that this written consent (or copy thereof) be filed with the minutes and records of the Company:

RESOLVED, that in the judgment of the Board of the Company, it is in the best interests of the Company and its shareholders, as well as its creditors, employees, and other interested parties, that there be a liquidation of the Company by and through the filing of a voluntary petition by the Company for protection under chapter 7 of title 11 of the United States Code (a "Chapter 7 Bankruptcy") and the Company therefore hereby consents to and approves and ratifies such Chapter 7 Bankruptcy filing; and it is further

RESOLVED, that Damian Plange (the "Authorized Officer") is, authorized, empowered, and directed to execute and verify a petition in the name of the Company under chapter 7 of the title 11 of the United States Code and to cause such petition to be filed in the United States Bankruptcy Court for the District of Delaware in a form and at a time as the Authorized Officer shall determine; and it is further

RESOLVED, that the law firm of O'Kelly, Ernst & Bielli, LLC, be employed to provide legal services to, and represent, the Company in connection with the Chapter 7 Bankruptcy and any other matters in connection therewith; and it is further

RESOLVED, that any person dealing with the Authorized Officer in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and by such Authorized Officer's execution of any instrument, certificate, notice, or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms, and it is further

RESOLVED, that the Authorized Officer has the full authority to act on behalf of the Company and pay all necessary and reasonable fees and expenses incurred in connection with the actions and transactions contemplated by these resolutions; and it is further

RESOLVED, that, in addition to the specific authorizations contained in these resolutions, the Authorized Officer may take any action and conduct any transaction in his judgment that is necessary, appropriate, or advisable in order to carry out fully the intent and purpose of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawful taken by the Authorized Officer prior to the adoption of these resolutions with respect to matters contemplated by these resolutions are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

_____
Damian Plange

_____
Bolesh Skutnik

**CONSTITUTING A MAJORITY OF THE MEMBERS OF THE BOARD OF DIRECTORS OF BIOLITEC MEDICAL DEVICES, INC.**